IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

ANGELICA LYNN MATTHEWS                                              PLAINTIFF

v.                    NO. 4:24-cv-00085-JM

MARTIN O'MALLEY, Commissioner                                       DEFENDANT
of the Social Security Administration

ORDER

The Court has received findings and a recommendation from Magistrate Judge Patricia S. Harris. After a careful review of the findings and recommendation, and a de novo review of the record, the Court concludes that the findings and recommendation should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects. The unopposed motion to reverse and remand filed by the Commissioner of the Social Security Administration ("Commissioner") is granted. See Docket Entry 9. This case is remanded in accordance with the terms outlined by the Commissioner and is a sentence four remand. See Melkonyan v. Sullivan, 501 U.S. 89 (1991). The dismissal of this case is

without prejudice to plaintiff Angelica Lynn Matthews' subsequent filing of a motion for attorney's fees and expenses pursuant to the Equal Access to Justice Act. A separate judgment will be entered pursuant to Fed. R. Civ. P. 58.

    IT IS SO ORDERED this 29th day of May, 2024.

_____
UNITED STATES DISTRICT JUDGE