IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

ANGELICA LYNN MATTHEWS                                              PLAINTIFF

v.                      NO. 4:24-cv-00085-JM

MARTIN O'MALLEY, Commissioner                                       DEFENDANT
of the Social Security Administration

JUDGMENT

Pursuant to the Order entered this day, judgment is entered for plaintiff Angelica Lynn Matthews.

IT IS SO ORDERED this 29th day of May, 2024.

_____
UNITED STATES DISTRICT JUDGE